# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-CV-322

| | |
|---|---|
| CAROLINA CLOSET USA, INC., ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| CAROLINAS CLOSET CREATION, ) | |
| LLC, and KEVIN ANDERSON, ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Hunter S. Freeman,** filed June 29, 2018 [doc. # 4].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Freeman is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Carolina Closet USA, Inc..

**IT IS SO ORDERED.**   Signed: June 29, 2018

Graham C. Mullen
United States District Judge